FLATBUSH WATER WORKS COMPANY, Respondent, *v.*
THE CITY OF NEW YORK et al., Appellants, Impleaded
with Another.

*Appeal — unanimous affirmance — appeal without permission dismissed.*

*Flatbush Water Works Co.* v. *City of New York*, 220 App. Div. 784,
appeal dismissed.

(Argued November 21, 1927; decided November 29, 1927.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered June 6, 1927, unanimously
affirming a judgment in favor of plaintiff entered upon
a decision of the court on trial at Special Term.

The motion was made upon the ground that leave to
appeal had not been granted.

*Thomas W. Maires* for motion.

*George P. Nicholson, Corporation Counsel (J. Joseph
Lilly* of counsel), opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
MARIE WILLIAMS, Defendant, and HENRY KARMEL,
Respondent.

*Appeal — order of Appellate Division reversing order denying motion
to vacate forfeiture of bail and granting motion — motion to dismiss
appeal therefrom denied.*

Reported below, 221 App. Div. 776.

(Argued November 21, 1927; decided November 29, 1927.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the second
judicial department, entered June 24, 1927, which reversed
an order of the Orange County Court denying a motion
to vacate an order forfeiting an undertaking of bail and
granted said motion.

The motion was made upon the grounds that the order

appealed from was made in a criminal action and, if appealable, the appeal therefrom should have been taken within thirty days; and that the order appealed from is not a final order and that permission to appeal had not been obtained.

*Henry Hirschberg* for motion.

*Elmer H. Lemon, District Attorney,* opposed.

Motion denied on the authority of *People* v. *Young* (92 Hun, 373; affd., 151 N. Y. 651).

---

FLORAL PARK MUTUAL FUEL COMPANY, INC., et al., Respondents, *v.* ANNIE E. FISKE, Defendant, and GEORGE MAURE et al., Appellants.

*Appeal — final judgment entered upon order of Appellate Division dismissing appeal — appeal therefrom to Court of Appeals dismissed.*

*Floral Park M. F. Co., Inc.,* v. *Fiske,* 220 App. Div. 778, appeal dismissed.

(Argued November 21, 1927; decided November 29, 1927.)

MOTION to dismiss an appeal from a judgment, entered August 3, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department which dismissed an appeal from a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that permission to appeal had not been granted.

*George L. Hubbell, Jr.,* for motion.

*Edward E. Dean* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.